# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| ALEXANDER STROSS,<br>*Plaintiff* | § § § | |
| v. | § § | Case No. 1:21-cv-00440-SH |
| CABINETS DELUXE BY DALE, INC.,<br>*Defendant* | § § | |

## O R D E R

Before the Court is the Agreed Motion to Dismiss with Prejudice, filed June 24, 2022 (Dkt. 24). After considering the Motion and the pleadings on file, the Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Agreed Motion to Dismiss with Prejudice is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that all claims that were brought or could have been brought by Plaintiff Alexander Stross against Defendants Cabinets Deluxe by Dale, Inc. and DOES 1 through 10 are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all claims that were brought or could have been brought by Defendant Cabinets Deluxe by Dale, Inc. against Plaintiff Alexander Stross are **DISMISSED WITH PREJUDICE**.

The Court will enter a Final Judgment in a separate order.

**SIGNED** on June 24, 2022.

                                                             _____
                                                             SUSAN HIGHTOWER
                                                             UNITED STATES MAGISTRATE JUDGE