# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

**ALEXANDER STROSS,**
*Plaintiff*

§
§
§

**v.**

§
§

**Case No. 1: 21-cv-00440-SH**

**CABINETS DELUXE BY DALE, INC.,**
*Defendant*

§
§
§

## FINAL JUDGMENT

Before the Court is the above styled and numbered cause. On this date, the Court granted the Agreed Motion to Dismiss with Prejudice. The parties agreed to dismiss with prejudice all claims that were or that could have been asserted in this action. Accordingly, the Court renders this Final Judgment pursuant to Federal Rule of Civil Procedure 58. Each party will bear its own fees and costs of court.

**IT IS HEREBY ORDERED** that that all settings are **CANCELED** and the case is **CLOSED**.

**SIGNED** on June 24, 2022.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE